IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LOUISA GARZA, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | )   Civil Action No. 5:05-CV-078-C |
|       Defendant. | )   ECF |

## **ORDER**

Plaintiff is appealing an adverse decision of the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed her Report and Recommendation on December 19, 2005.  No written objections have been filed.  It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and numbered cause is hereby dismissed with prejudice.

Dated this 9th day of January, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT